Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of solid glass spheres similar in all material respects to those the subject of Abstract 63300, the claim of the plaintiffs was sustained.

**No. 64222.**—Electric & Musical Ind. (U.S.), Ltd. *v.* United States, protests 59/7274 and 59/19196 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.

**No. 64223.**—David Warsaw and Wheeler & Miller et al. *v.* United States, protests 58/18379, etc. (San Francisco).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

**No. 64224.**—D. N. & E. Walter & Co. *v.* United States, protest 59/26079 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

**No. 64225.**—Berge Norman, Inc., et al. *v.* United States, protests 58/1093, etc. (New York).